COMMONWEALTH of Pennsylvania,
Petitioner

v.

Jonathan Allen RITZ, Respondent

No. 187 MAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.** The Application to Withdraw as Counsel is **DENIED** as **MOOT.**